IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CHOON SIK YANG, d.b.a. YANG'S KUK SUL DO FEDERATION, et al., | : : : | Case No. 3:14-cv-34 |
| | : | DISTRICT JUDGE THOMAS M. ROSE |
| Plaintiffs, | : : | |
| vs. | : : | |
| | : | AGREED ENTRY OF DISMISSAL |
| JOHN NOBLE, INDIVIDUALLY and d.b.a TWIN TIGERS KUK SUL DO et al., | : : | WITH PREJUDICE |
| | : | |
| Defendants. | : | |

Plaintiffs Choon Sik Yang, d.b.a. Yang's Kuk Sul Do Federation and Kuk Sul Do Central Academy, Inc. ("Federation") and Defendants John Noble, individually, and doing business as Twin Tigers Martial Arts f.k.a. Twin Tigers Kuk Sul Do (collectively, "Noble"), notify the Court that they have reached a compromise and settlement of all claims between the parties ("Agreement"), the details of which shall remain confidential.  Pursuant to *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673 (1994), the parties stipulate and agree that the Court shall retain continuing jurisdiction to enforce and interpret the terms of the Agreement.

Therefore, pursuant to Fed. Rule Civ. P. 41(a)(2), Federation and Noble stipulate to entry of an order of DISMISSAL WITH PREJUDICE of all claims.  Based upon the foregoing, this matter is dismissed, each party to bear their own costs and attorneys fees.

IT IS SO ORDERED.

s/Thomas M. Rose
_____
THOMAS M. ROSE, DISTRICT JUDGE

AGREED:

| | |
|---|---|
| *s/ David P. Pierce* | *s/ Andrew C. Storar* |
| David P. Pierce (0061972) | Andrew C. Storar (0018802) |
| COOLIDGE WALL CO., L.P.A. | PICKREL, SCHAEFFER & EBELING |
| 33 W. First Street, Suite 600 | 2700 Kettering Tower |
| Dayton, OH 45402 | Dayton, Ohio 45423 |
| Phone: 937-223-8177 | Phone: 937-223-1130 |
| Fax: 937-223-6705 | Fax: 937-223-0339 |
| E-mail: pierce@coollaw.com | E-mail: astorar@pselaw.com |
| | |
| *TRIAL ATTORNEY FOR PLAINTIFFS CHOON SIK YANG, d.b.a. YANG'S KUK SUL DO FEDERATION AND KUK SUL DO ACADEMY, INC.* | *TRIAL ATTORNEY FOR DEFENDANTS JOHN NOBLE, INDIVIDUALLY AND d.b.a. TWIN TIGERS MARTIAL ARTS FKA TWIN TIGERS KUK SUL DO* |

*w:\wdox\client\012388\00376\00667363.docx*